No. 12–5538. WATSON v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–5539. THOMAS v. POLLARD, WARDEN. Ct. App. Wis. Certiorari denied.

No. 12–5542. COLEMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–5544. JOHNSON v. WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 12–5545. MALAVE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–5547. RODRIGUEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5548. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–5549. LI XIN WU v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 12–5554. OCAMPO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5556. SOMIE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–5557. RAHIM, AKA MYERS v. SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 12–5558. RUELAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5559. CASTRO-RAMIREZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5560. CREEK v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 12–5561. OWENS v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.